IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

                Case No. 13-cv-256

   v.

ADVANCED SEAMLESS GUTTERS
PLUS INC.,

                Defendant.

---

### ORDER OF DISMISSAL OF ACTION

---

The plaintiff's motion to dismiss the above-entitled action without prejudice and without costs to either party on the grounds that Advanced Seamless Gutters Plus, Inc. cannot be located is hereby GRANTED.

Dated this 10th day of May, 2013.

BY THE COURT:

~~STEPHEN L. CROCKER~~ William M. Conley
~~United States Magistrate Judge~~ District